Michelle GOODEN, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 05–3254.

United States Court of Appeals, Federal Circuit.

May 31, 2006.

**ORDER**

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Dennis N. PIXTON, Plaintiff–Appellant,

v.

B & B PLASTICS, INC. (doing business as Gambler), Defendant–Appellee,

and

Michael Surman and Joan Bringger (as personal representatives of the estate of Jack Russell Bringger, III), Defendants.

No. 04–1579.

United States Court of Appeals, Federal Circuit.

May 31, 2006.

**ORDER**

The appeal having been reinstated in error on March 3, 2006, it is

ORDERED that the appeal is DISMISSED.